IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ORIX FINANCIAL SERVICES,     )
INC., a New York             )
Corporation,                 )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:05cv821-T
                             )            (WO)
LYNN'S CASH & CARRY, INC.,   )
an Alabama Corporation,      )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

By agreement of the parties made during an on-the-record conference call on November 22, 2005, it is ORDERED that plaintiff's motion to dismiss (Doc. No. 5) is granted and defendants Millard Lynn and Virginia Lynn are dismissed without prejudice.

DONE, this the 22nd day of November, 2005.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE