```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ORIX FINANCIAL SERVICES,    )
INC., a New York            )
Corporation,                )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )       2:05cv821-T
                            )          (WO)
LYNN'S CASH & CARRY, INC.,  )
an Alabama Corporation,     )
et al.,                     )
                            )
     Defendants.            )
```

OPINION

This cause is before the court on the plaintiff ORIX Financial Services, Inc.'s application to the clerk of the court for entry of default judgment in the amount of $ 55,798.33, plus $ 150.00 in costs and $ 8,369.75 in attorney's fees, totaling $ 64,318.08, against defendant Lynn's Cash & Carry, Inc.

The record in this case reflects that Lynn's Cash & Carry, Inc. was served with a copy of the summons and complaint; that former co-defendants Millard & Virginia

Lynn filed Chapter 7 bankruptcy without a co-debtor stay for Lynn's Cash & Carry, Inc.; that Lynn's Cash & Carry, Inc. has failed to answer the summons and complaint within the time allowed; and that Lynn's Cash & Carry, Inc. has failed to respond to an order of this court to show cause as to why final judgment should not be entered against it.  Accordingly, this court is of the opinion that ORIX Financial Services, Inc.'s application to the clerk of the court for entry of default judgment should be granted and that judgment by default in the amount requested should be entered against Lynn's Cash & Carry, Inc.

    A judgment will be entered in accordance with this opinion.

    DONE, this the 20th day of December, 2005.

                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE