IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ORIX FINANCIAL SERVICES,     )
INC., a New York             )
Corporation,                 )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:05cv821-T
                             )        (WO)
LYNN'S CASH & CARRY, INC.,   )
an Alabama Corporation,      )
et al.,                      )
                             )
    Defendants.              )
```

JUDGMENT BY DEFAULT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court that:

(1) Plaintiff ORIX Financial Services, Inc.'s application to the clerk of the court for entry of default judgment (Doc. No. 9) is granted.

(2) Default judgment is entered in favor of plaintiff ORIX Financial Services, Inc. and against defendant Lynn's Cash & Carry, Inc.

(3) Plaintiff ORIX Financial Services, Inc. shall have and recover $64,318.08 from defendant Lynn's Cash & Carry, Inc.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of December, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**